Sean K. Claggett, Esq.
Nevada Bar No. 8407
Micah S. Echols, Esq.
Nevada Bar No. 8437
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sean@claggettlaw.com
micah@claggettlaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE CASTILLO,<br><br>Plaintiff<br><br>v.<br><br>THE PATRIOT LAW FIRM CORPORATION, a Nevada corporation; ATKINSON, WATKINS & HOFFMAN, LLP, a Nevada limited liability partnership d/b/a BATTLE BORN INJURY LAWYERS,<br><br>Defendants | Case No. 2:23-cv-01619-CDS-DJA<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS**<br>(First Request)<br><br>[ECF No. 16] |

Defendants, The Patriot Law Firm Corporation, Atkinson, Watkins & Hoffman, LLP d/b/a Battle Born Injury Lawyers, respectfully move this Court for an extension of one-week, in which to file Defendants' reply in support of their motion to dismiss, which is currently due Friday, November 24, 2023.

- 1 -

*See* Fed. R. Civ. P. 6(b). This is Defendants' first motion for extension of time, and this Court has yet to deny any party's request for an extension of time in this matter. Counsel for Defendants conferred with counsel for Plaintiff, who indicated that Plaintiff does not oppose this requested extension of one week. If this Court grants this request for an extension of one week to file Defendants' reply in support of motion to dismiss, the new filing deadline will be Friday, December 1, 2023.

Good cause exists to grant the requested extension.

Plaintiff filed a companion opposition in Case 2:23-cv-01673-RFB-EJY *Castillo v. Charles Shin Lin*, et al. Defendants' counsel needs additional time to go through the caselaw cited in the opposition filed in this case and the opposition filed in the companion case to allow Defendants sufficient time to review and prepare replies in both cases that are consistent with each other. Additionally, with the Thanksgiving holiday this week, counsel for Defendants will not be working in the office for several days, including the current filing deadline on Friday, November 24, 2023.

Given the non-opposition from counsel for Plaintiff, and good cause shown, Defendants respectfully request that this Court grant a new filing deadline of December 1, 2023, in which to file their reply in support of motion to dismiss. Defendants submit this unopposed motion in good faith and for good cause shown. Fed. R. Civ. P. 6(b)(1); LR IA 6-1.

Dated this 20th day of November 2023.

CLAGGETT & SYKES LAW FIRM

/s/ Micah S. Echols

———————————————
Sean K. Claggett, Esq.
Nevada Bar No. 8407
Micah S. Echols, Esq.
Nevada Bar No. 8437
*Attorneys for Defendants*

### ORDER

IT IS ORDERED that defendants' unopposed motion for an extension of time **[ECF No. 16] is GRANTED**. The deadline for defendants' to reply to the motion to dismiss is extended to December 1, 2023.

———————————————
Cristina D. Silva
United States District Judge

DATED:  November 21, 2023