Sean K. Claggett, Esq.
Nevada Bar No. 8407
Micah S. Echols, Esq.
Nevada Bar No. 8437
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Ste. 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sean@claggettlaw.com
micah@claggettlaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSE CASTILLO,<br><br>　　　　Plaintiff<br><br>v.<br><br>THE PATRIOT LAW FIRM CORPORATION, a Nevada corporation; ATKINSON, WATKINS & HOFFMAN, LLP, a Nevada limited liability partnership d/b/a BATTLE BORN INJURY LAWYERS,<br><br>　　　　Defendants | Case No. 2:23-cv-01619-CDS-DJA<br><br>**Stipulation to Dismiss Complaint Without Prejudice** |

Plaintiff, Jesse Castillo, and Defendants, The Patriot Law Firm Corporation and Atkinson, Watkins & Hoffman, LLP d/b/a Battle Born Injury Lawyers, hereby stipulate to lift the stay in this case ordered by ECF No. 23 and further stipulate to dismiss the complaint filed in this case without prejudice.

- 1 -

IT IS SO STIPULATED.

Dated this 16th day of April 2024.

CLAGGETT & SYKES LAW FIRM

/s/ Micah S. Echols
_____
Sean K. Claggett, Esq.
Nevada Bar No. 8407
Micah S. Echols, Esq.
Nevada Bar No. 8437
*Attorneys for Defendants*

Dated this 16th day of April 2024.

LAW OFFICE OF BRADLEY L. BOOKE

/s/ Bradley L. Booke
_____
Bradley L. Booke #2662
10161 Park Run Drive #150
Las Vegas, Nevada 89145
702-241-1631
866-297-4863 Fax
brad.booke@lawbooke.com
*Attorney for Plaintiff*

## **ORDER**

Based upon the stipulation of the parties, it is ordered that the stay in this matter is lifted; and this case dismissed without prejudice.

Dated: April 18, 2024

_____
Cristina D. Silva
United States District Judge

- 2 -